IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE HAMILTON**<br>Plaintiff,<br><br>v.<br><br>**ALBERT EINSTEIN HEALTHCARE NETWORK**<br>Defendant. | **CIVIL ACTION NO. 2:21-cv-03655** |

### ORDER RE MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 10th day of February, 2022, upon consideration of Plaintiff's Amended Complaint (ECF No. 5), Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint, (ECF 7), Plaintiff's Response in Opposition, (ECF 8), and Defendant's Reply, (ECF 9), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Partial Motion to Dismiss is **GRANTED** and Count II of Plaintiff's Amended Complaint is **DISMISSED without prejudice**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**

O:\CIVIL 21\21-3655 Hamilton v. Albert Einstein Healthcare Network\21cv3655 Order Granting Part. MTD